UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:

Case No. 02-42468

Robert L. Caley

*Debtor(s)*

## AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND

State of: Texas

County of: Dallas

Bryan J. Schrepel \\being duly sworn, deposes and says:
*(Name of Creditor/Claimant)*

That he/she is a creditor of the above named debtor.

That Robert L. Caley was duly adjudged a debtor in the
*(Name of Debtor)*

United States Bankruptcy Court for the Northern District of Florida. That said creditor duly filed his/her claim, which was thereafter duly allowed. Dividends amounting to the sum of

$ 29,361.61 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of this Court pay to:

Citicorp Vendor Finance, Inc. of
*(Name of creditor/claimant)*
1615 Brett Rd. Box 6449 New Castle DE 19720 the sum of
*(Address of creditor/claimant)*

$ 251.66 . Dated this 20 day of September, 2007.

*(Signature of Creditor/Claimant)*

22-2761970

*(Tax identification number of creditor/claimant)*

Sworn to and subscribed before me this
20th day of September, 2007 by
Bryan J. Schrepel
*(Name of claimant)*
who is personally known to me or has produced
Drivers License as identification.
*(Type of identification produced)*

Notary Public

WENDY HENDERSON
Notary Public, State of Texas
My Commission Expires
March 28, 2009

BANKRUPTCY COURT
NORTHERN DIST-FLA
TALLAHASSEE

2007 SEP 25 PM 2: 43

FILED

# United States Bankruptcy Court
# Northern District of Florida

## Unclaimed Funds Query

Procedures for Filing Claim  Creditor Affidavit  Debtor Affidavit
(PDF Document)  (Fillable Form)  (Fillable Form)

| Unclaimed Funds | | | |
|---|---|---|---|
| **Case Number:** | 02-42468 | **Total:** | 380.00 |
| **Debtor Name:** | ROBERT L. CALEY | **Paid:** | 0.00 |
| **First Name:** | **Middle Name:** | **Balance:** | 380.00 |
| Creditors | | | |
| **Last Name** | | **First Name** | **Amount** |
| FISHER-ANDERSON LLC | | | 64.15 |
| CITICORP VENDOR FINANCE INC | | | 125.79 |
| FISHER-ANDERSON LC | | | 38.51 |
| CITICORP VENDOR FINANCE INC | | | 83.91 |
| FISHER-ANDERSON LLC | | | 25.68 |
| CITICOPR VENDOR FINANCE INC | | | 41.96 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In re:  Robert L. Caley

Case: 02-42468-PNS?
Chapter 13

### Notice of Change of Address

Please check the box below that applies to you:

☐ Debtor(s)                     ☐ Attorney for Debtor(s)
☒ Creditor(s)                   ☐ Attorney for Creditor(s)

Citicorp Vendor Finance, Inc. fka Copelco Capital, Claims No. 3
(Print or Type the Name of the Person or Business whose address is being changed or entered)

1615 Brett Rd. Box # 6449 New Castle, DE 19720
(New Remittance Address)

1800 Overcenter Drive Moberly MO 65270
(Old Remittance Address)

Date: 8/13/07

Bryan J Schrepel
CitiCapital Commercial Corporation
1615 Brett Road Box # 6449
New Castle, DE 19720
(469) 220-3012 Phone
(469) 220-3022 Fax

CLERK
BANKRUPTCY COURT
NORTHERN DIST FLA
TALLAHASSEE FLA
2007 AUG 17 PM 2: 37

FILED