UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

ROBERT L. CALEY,

Case No. 02-42468

_____Debtor(s)___/

### ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by Citicorp Vendor Finance, Inc. for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $251.66 be disbursed to Citicorp Vendor Finance, Inc., 1615 Brett Road, Box 6449, New Castle, DE 19720.

DONE and ORDERED at Tallahassee, Florida, this _6th_ day of November, 2007.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
Debtor
David E. Bailey, Jr., Debtor's Attorney
Leigh D. Hart, Trustee
Citicorp Vendor Finance, Inc., Creditor

