**United States Bankruptcy Court**
**Northern District of Florida**
**Pensacola Division**

---

In re: ROBERT L. CALEY                                      Bankruptcy Case No.: 02-42468
      Debtor(s)                                                       Chapter: 7

                                                   Judge: Lewis M. Killian Jr.

---

**Order on Withdrawal of Document**

**THIS CAUSE** is before the Court on the Withdrawal of Docket Number 54. Movant having filed said Document and the Withdrawal, it is hereby

**ORDERED AND ADJUDGED** that Docket Number 54 is withdrawn from the case.

**DONE AND ORDERED** at Tallahassee, Florida, on 3/24/2008.

Service to:                                  /s/ Lewis M. Killian Jr.
      All parties in interest              U.S. Bankruptcy Judge