UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

ROBERT L. CALEY,

Case No. 02-42468

Debtor(s) /

### ORDER DENYING APPLICATION FOR PAYMENT OF FUNDS

THIS MATTER came before the Court on the Application for Reimbursement of Unclaimed Funds filed on April 25, 2008 by Citicorp, NA, parent company of Citicorp Vendor Finance Inc. Funds held on behalf of Citicorp Vendor Finance Inc. were paid to claimant pursuant to this Court's order entered on November 6, 2007. Therefore, it is

ORDERED and ADJUDGED that the Application for Reimbursement of Unclaimed Funds is DENIED.

DONE and ORDERED at Tallahassee, Florida, this 18th day of June, 2008.



LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
All parties in interest

